**Appeal Dismissed and Memorandum Opinion filed February 15, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00779-CV

---

**JONATHAN WASSERBERG, Appellant**

**V.**

**NCP BAYOU 2 LLC, AS ASSIGNEE OF JUDGMENT CREDITOR,**
**Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-15916**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed September 19, 2023. The court reporter indicated on November 21, 2023 that there was no reporter's record. The clerk's record was filed December 28, 2023. No brief was filed.

On January 4, 2024, this court issued an order stating that unless appellant filed a brief on or before February 5, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Wilson.